IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


SHANE JOSEPH STYNE                                                     PETITIONER

VS.                                          CIVIL ACTION NO.  5:12-CV-14-DCB-RHW

ARCHIE LONGLEY, Warden                                               RESPONDENT


<u>ORDER</u>

This cause came on this date to be heard upon the Report and Recommendation of the United States

Magistrate Judge, after referral of hearing by this Court, and there being no objections thereto filed by either

party,  and the Court, having fully reviewed the Report and Recommendation of the United States

Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and

Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate

Judge Robert H. Walker be, and the same is hereby, adopted as the finding of this Court, and the Petition for

Writ of Habeas Corpus is denied and dismissed with prejudice.

A separate judgment will be entered herein in accordance with the Order as required by

Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the ___19<u>th</u>__ day of September, 2012.


___s/ David Bramlette_____
UNITED STATES DISTRICT JUDGE